JS–6

SEYFARTH SHAW LLP
Lorraine H. O'Hara (SBN 170153)
E-mail: lohara@seyfarth.com
Joshua A. Rodine (SBN 237774)
E-mail: jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO TRUJILLO, an individual, and JOSEPH STONGLE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL AIRLINES, a corporation; and Does 1-50, inclusive, <br><br> Defendant. | Case No. CV 12-04300 ABC (DTBx) <br><br> [~~PROPOSED~~] **JUDGMENT** |

## **NOTE CHANGES MADE BY COURT**

-1-
[PROPOSED] JUDGMENT

15857895v.1

1    Having duly considered the issues, and duly rendered a decision granting
2 summary judgment in favor of Defendant, Continental Airlines, Inc., the
3 Honorable Audrey B. Collins hereby orders as follows:
4    IT IS ORDERED AND ADJUDGED that Plaintiffs Alfredo Trujillo and
5 Joseph Stongle take nothing, that this action be dismissed on the merits, and that
6 Defendant recover from Plaintiffs its costs of action ~~in the amount of~~
7 ~~$_____~~.

9 IT IS SO ORDERED.

11 DATED: July 22, 2013

*[signature: Audrey B. Collins]*

Honorable Audrey B. Collins
United States District Judge
U.S. District Court
for the Central District of California